IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 3:11CR190-MOC |
| | ) | |
| v. | ) | |
| | ) | |
| DARRYL BROCK (6) | ) | |

## PAYMENT AGREEMENT

The United States of America and the defendant, Darryl Brock, agree to this payment agreement, as follows:

1. The defendant is Darryl Brock, Social Security Number xxx-xx-8761, whose last known address is: 255 Bud Arthur Bridge Road, Cowpens, SC 29330.

2. A forfeiture money judgment in the amount of $200,000.00 was entered against the defendant on December 28, 2012. Defendant has paid $10,000.00 on the date of this agreement. The parties agree and stipulate that the total remaining balance due is $190,000.00.

3. The parties agree and stipulate that the defendant will pay $250.00 per month on the first day of each month beginning 60 days after his release from a term of imprisonment or any amendment of his judgment in this case, whichever is later. The monthly payments are to continue for two years from that date. At the end of the two-year period, the remaining balance will be due and payable, subject to the execution of another payment agreement by the parties.

4. In the event the defendant fails to make any payment timely, or to pay the debt in full on or before the end of the two-year period provided herein, the defendant acknowledges and agrees the United States is entitled to take any and all actions necessary to collect the debt. Further, the defendant agrees he will not dissipate, sell, transfer, or impair the value of his assets outside the ordinary course of business absent agreement of the government, including any assets held by another for his benefit.

5. Payments should be made payable to the United States Secret Service and mailed to the United States Attorney's Office, 227 West Trade Street, Suite 1650, Charlotte, NC 28202, Attn: Lorin McAllister, Asset Forfeiture Unit.

6. The defendant represents that this Agreement is entered into with knowledge of the events described herein. The defendant further represents that this Agreement is voluntarily entered into to resolve the pending litigation in United States District Court, Western District of North Carolina Case Number 3:11CR190-MOC.

APPROVED AND SO ORDERED this 14th day of August, 2013.

MAX O. COGBURN, JR.
UNITED STATES DISTRICT JUDGE

CONSENTED TO:

WILLIAM A. BRAFFORD
Assistant United States Attorney

DATE: July 17, 2013

DARRYL BROCK
Defendant

DATE: 7/17/13

CHARLES L. MORGAN, JR.
ATTORNEY FOR DARRYL BROCK

DATE: 7-17-13